**Electronically Filed**
**Supreme Court**
**SCMF-20-0000152**
**05-OCT-2020**
**12:01 PM**

SCMF-20-0000152

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of the Judiciary's Response
to the COVID-19 Outbreak

---

<u>SECOND EXTENSION OF ORDER REGARDING</u>
<u>TEMPORARY EXTENSION OF THE TIME REQUIREMENTS UNDER</u>
<u>HAWAIʻI RULES OF PENAL PROCEDURE RULE 10(a), (b), and (c)</u>
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
and Chief Judge Ginoza, assigned by reason of vacancy,
with Wilson, J., concurring and dissenting[1])

The COVID-19 pandemic has caused a public health
emergency. In response to the pandemic, the Judiciary postponed
non-urgent court business and limited in-person proceedings in
an effort to ensure the health and safety of court users and
Judiciary personnel, and to minimize the risk of spreading
COVID-19 in the courts. As COVID-19 cases remained low, court
operations resumed in accordance with public health safety
guidance, and to the extent possible with available resources.
Criminal proceedings have proceeded in-person and by video
conference in accordance with court rules and as feasible.

---

[1] A concurrence and dissent by Wilson, J., is forthcoming.

In July 2020, there was a surge of COVID-19 cases in Hawaiʻi, with record numbers of positive cases and increased hospitalizations being reported. There was also a surge of COVID-19 cases in our community correctional centers and facilities, particularly at the Oʻahu Community Correctional Center ("OCCC"). As a result, additional time was required to be afforded for arraignments in order to give sufficient opportunity for those released from OCCC to self-isolate or quarantine for possible COVID-19 exposure as necessary and to ensure the health and safety of court users and personnel.

Thus, on August 18, 2020, this court entered the "Order Regarding Temporary Extension of the Time Requirements Under Hawaiʻi Rules of Penal Procedure Rule 10(a), (b), and (c)," which provided that the first circuit may temporarily extend the time requirements for arraignments no longer than reasonably necessary to protect public health and safety, while encouraging judges to utilize remote technology whenever possible. As the COVID-19 cases continued to remain high, this court extended the provisions of the August 18, 2020 order pursuant to the September 11, 2020 "Order Extending Order Regarding Temporary Extension of the Time Requirements Under Hawaiʻi Rules of Penal Procedure Rule 10(a), (b), and (c)." The order expires on October 16, 2020.

Since the September 11, 2020 order was filed, the rate of positive COVID-19 cases and hospitalizations on Oʻahu,

2

including at OCCC, continues to fluctuate.  There has also been an exponential and unparalleled number of citations issued for Hawaiʻi Revised Statutes ("HRS") ch. 127A violations.  These changing conditions require flexibility and vigilance, and the continued need to protect the health and safety of court users and Judiciary personnel during this unprecedented time remains paramount.  Thus, a further extension of the August 18, 2020 order for first circuit criminal matters is necessary.

Accordingly, pursuant to article VI, section 7 of the Hawaiʻi Constitution, HRS §§ 601-1.5 and 602-5(a)(6), and Governor David Y. Ige's Emergency Proclamations,

IT IS HEREBY ORDERED that the August 18, 2020 "Order Regarding Temporary Extension of the Time Requirements Under Hawaiʻi Rules of Penal Procedure Rule 10(a), (b), and (c)" for first circuit criminal matters, which was extended pursuant to the September 11, 2020 "Order Extending Order Regarding Temporary Extension of the Time Requirements Under Hawaiʻi Rules of Penal Procedure Rule 10(a), (b), and (c)," is further extended until November 16, 2020, unless otherwise further modified or extended.

Dated:  Honolulu, Hawaiʻi, October 5, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

